# UNITED STATES PROBATION OFFICE
## EASTERN DISTRICT OF NORTH CAROLINA

Van R. Freeman, Jr.
Chief U.S. Probation Officer



310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8686
Fax: 919-861-5555

**DATE:** August 6, 2024

**FROM:** Timothy L. Gupton
Senior U.S. Probation Officer

**SUBJECT:** **MCLAIN, Jeremy Frank**
**Case No.: 5:20-CR-380-2BO**
**Request for Early Termination**

**TO:** Terrence W. Boyle
United States District Judge

On February 1, 2022, Jeremy Frank McLain was convicted of Conspiracy to Distribute and Possess With Intent to Distribute 100 Kilograms or More of Marijuana. Mr. McLain appeared in United States District Court for the Eastern District of North Carolina and received a term of imprisonment of Time Served, followed by 5 years of supervised release. He began supervision on February 1, 2022.

Mr. McLain has performed satisfactorily on supervision. He has submitted to DNA testing, and with the exception of traffic offenses, he has had no new criminal charges. His case was evaluated as a low-risk supervision case, and he has been on our low-risk supervision program since November 3, 2022. All drug screens have been negative since May 2022. Mr. McLain is also gainfully employed and has satisfied all his monetary obligations. His term of supervision is set to expire on January 31, 2027.

The probation office is requesting early termination. The U.S. Attorney's Office agrees with our recommendation for early termination. Please indicate the court's preference by marking the appropriate selection below.

☑ I agree with the recommendation and have signed the enclosed Order.
☐ I disagree with the recommendation. I will reconsider in one year.
☐ I disagree with the recommendation. The defendant must serve the entire term of supervision.

_/s/ Terrence Boyle_    8-6-24
Terrence W. Boyle        Date
United States District Judge

PROB 35　　　　　　　　　　　　　　　　　　　　　　　Report and Order Terminating Supervision
(Reg 3/93)　　　　　　　　　　　　　　　　　　　　　　　Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

　　　　v.　　　　　　　　　　　　　　　　Crim. No. 5:20-CR-380-2BO

JEREMY FRANK MCLAIN

　　　　On February 1, 2022, the above named was released from prison and commenced a term of supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

　　　　　　　　　　　　　　　　　　　　I declare under penalty of perjury that the foregoing
　　　　　　　　　　　　　　　　　　　　is true and correct.

　　　　　　　　　　　　　　　　　　　　/s/Timothy L. Gupton
　　　　　　　　　　　　　　　　　　　　Timothy L. Gupton
　　　　　　　　　　　　　　　　　　　　Senior U.S. Probation Officer
　　　　　　　　　　　　　　　　　　　　310 New Bern Avenue, Room 610
　　　　　　　　　　　　　　　　　　　　Raleigh, NC 27601-1441
　　　　　　　　　　　　　　　　　　　　Phone: 919-861-8686
　　　　　　　　　　　　　　　　　　　　Executed On: August 6, 2024

## ORDER OF COURT

　　　　Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

　　　　Dated this ___6___ day of ___Aug___, 2024.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Terrence W. Boyle
　　　　　　　　　　　　　　　　　　　　United States District Judge